**[J-51-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PAPERS OF LEON WILLIAMS AS CANDIDATE FOR THE PENNSYLVANIA HOUSE OF REPRESENTATIVES IN THE 192ND LEGISLATIVE DISTRICT | : : : : : : | No. 9 EAP 2016<br><br>Appeal from the Order of Commonwealth Court dated 2/18/2016 at No. 54 M.D. 2016. |
| | : : | SUBMITTED:  March 3, 2016 |
| APPEAL OF: TERRY JACKSON AND RENEE ENGLISH, | : : : : | |
| Objectors | : | |

**ORDER**

**PER CURIAM**

   **AND NOW,** this 11th day of March, 2016, the Order of the Commonwealth Court is **AFFIRMED**.

   Justice Eakin did not participate in the consideration or decision of this case.